**O'MELVENY & MYERS LLP**
RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
MATTHEW D. POWERS (S.B. # 212682)
mpowers@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

REBECCA A. GIROLAMO (S.B. #293422)
rgirolamo@omm.com
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

Attorneys for Defendant
YETI Coolers, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

TAYLOR SMITH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

YETI COOLERS, LLC,

Defendant.

Case No. 3:24-cv-01703-RFL

**YETI COOLERS, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS CLASS ACTION COMPLAINT**

*Accompanying Documents*:
Memorandum of Points and Authorities in Support of Motion to Dismiss; Declaration of Hannah Tucker; Request for Judicial Notice; Proposed Order; Proof of Service

Date: August 20, 2024
Time: 10:00 AM
Courtroom: 15, 18th Floor
Judge: Hon. Rita F. Lin

**<u>NOTICE OF MOTION AND MOTION</u>**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on August 20, 2024 at 10:00 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Rita F. Lin (Courtroom 15) of the above-entitled Court, located at 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102, YETI Coolers, LLC ("YETI") will, and hereby does, move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing the claims which Plaintiff Taylor Smith has asserted against it. YETI's motion is based on this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Hannah Tucker, the arguments of counsel, all pleadings and papers on file in this matter, and such other further written and oral argument as may be presented to the Court at a hearing on this Motion or before the Court's decision.

Dated: July 1, 2024

O'MELVENY & MYERS LLP

By: *<u>/s/ Randall W. Edwards</u>*
Randall W. Edwards

*Attorneys for Defendant YETI Coolers, LLC*