# EXHIBIT B

This Website uses cookies and other technology to optimize site functionality, analyze site usage, and assist in our marketing efforts, including advertising to you through third parties. To manage your cookie choices, please select "Cookies Settings". Our Privacy Policy describes how we process other personal information. **Privacy Policy.**

Cookies Settings