1  **O'MELVENY & MYERS LLP**
2  RANDALL W. EDWARDS (S.B. #179053)
   redwards@omm.com
3  MATTHEW D. POWERS (S.B. # 212682)
   mpowers@omm.com
4  Two Embarcadero Center, 28th Floor
   San Francisco, California 94111
5  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
6
7  REBECCA A. GIROLAMO (S.B. #293422)
   rgirolamo@omm.com
8  400 South Hope Street
   19th Floor
9  Los Angeles, California 90071
   Telephone:  (213) 430-6000
10 Facsimile:   (213) 430-6407
11
12 *Attorneys for Defendant*
   *YETI Coolers, LLC*

13                    **UNITED STATES DISTRICT COURT**
14                    **NORTHERN DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| TAYLOR SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YETI COOLERS, LLC,<br><br>Defendant. | Case No. 3:24-cv-01703-RFL<br><br>**YETI COOLERS, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>*Accompanying Document*:<br>Memorandum of Points and Authorities in Support of Motion to Dismiss<br><br>Date:       January 7, 2025<br>Time:       10:00 AM<br>Courtroom: 15, 18th Floor<br>Judge:      Hon. Rita F. Lin |

1  **NOTICE OF MOTION AND MOTION**

2  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

3      PLEASE TAKE NOTICE that, on January 7, 2025 at 10:00 a.m., or as soon thereafter as

4  the matter may be heard, in the courtroom of the Honorable Rita F. Lin (Courtroom 15) of the

5  above-entitled Court, located at 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102,

6  YETI Coolers, LLC will, and hereby does, move the Court, pursuant to Federal Rule of Civil

7  Procedure 12(b)(6), for an order dismissing the claims which Plaintiff Taylor Smith has asserted

8  against it in her Second Amended Complaint.

9      YETI's motion is based on this Notice of Motion and Motion to Dismiss, the

10 accompanying Memorandum of Points and Authorities, the arguments of counsel, all pleadings

11 and papers on file in this matter, and such other further written and oral argument as may be

12 presented to the Court at a hearing on this Motion or before the Court's decision.

13

14     Dated: November 22, 2024        O'MELVENY & MYERS LLP

15                                  By:   */s/ Randall W. Edwards*

16                                        Randall W. Edwards

17                             *Attorney for Defendant YETI Coolers, LLC*