UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR SMITH,<br><br>   Plaintiff,<br><br> v.<br><br>YETI COOLERS, LLC,<br><br>   Defendant. | Case No. 24-cv-01703-RFL<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 42 |

  Pursuant to the Court's order granting the motion to dismiss second amended complaint (Dkt. No. 42), judgment is entered in favor of Defendant, and against Plaintiff.

Dated: March 14, 2025

                 Mark B. Busby
                 Clerk, United States District Court

                By: _____

                 Melinda K. Lock, Deputy Clerk to
                 the Honorable Rita F. Lin